DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHILIP TSITSEKLIS,**
Appellant,

v.

**SCHECHTER OPERATING CAPITAL, LLLP,** a Florida Limited Liability
Limited Partnership; **BAINBRIDGE HOLDINGS I, LLC,** a Florida Limited
Liability Company; **SCHECHTER CAPITAL, LLLP,** a Florida Limited
Liability Limited Partnership; and **BAINBRIDGE INVESTOR, LLC,** a
Florida Limited Liability Company,
Appellees.

No. 4D2022-0009

[November 22, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Howard K. Coates, Jr., Judge; L.T. Case Nos. 50-2016-CA-
008692-XXXX-MB and 50-2016-CA-008818-XXXX-MB.

Eric D. Isicoff and Teresa Ragatz of Isicoff Ragatz, Miami, and Adam S.
Hall of The Hall Law Firm, P.A., Miami, for appellant.

Bruce S. Rogow of Bruce S. Rogow, P.A., Cedar Mountain, North
Carolina; Tara Campion of Bruce S. Rogow, P.A., Boca Raton; and Steven
M. Katzman and Helaina Bardunias of Katzman Wasserman Bennardini &
Rubinstein, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***